**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* ____________ Chapter **11**

☐ Check if this is an amended filing

# Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| **1.** | **Debtor's name** | **Team Screen Solutions, LLC** | |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **FKA Teamscreen Solutions, LLC** | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **33-2432787** | |
| **4.** | **Debtor's address** | **Principal place of business**<br><br>**1309 Coffeen Ave., Ste. 1200**<br>**Sheridan, WY 82801**<br>Number, Street, City, State & ZIP Code<br><br>**Sheridan**<br>County | **Mailing address, if different from principal place of business**<br><br>**15333 N. Pima Road, Suite 305**<br>**Scottsdale, AZ 85260**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**15333 North Pima Road, Suite 305 Scottsdale, AZ 85260**<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **www.teamscreen.net** | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ______ When ______ Case number ______

District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ■ No
- ☐ Yes.

Debtor ______ Relationship ______

District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 2, 2026**
MM / DD / YYYY

*X* **/s/ John Grammer**
Signature of authorized representative of debtor

**John Grammer**
Printed name

**jgrammer@teamscreen.net**
Email Address of debtor

Title **Authorized Person**

---

**18. Signature of attorney**

*X* **/s/ Patrick Keery**
Signature of attorney for debtor

Date **November 2, 2026**
MM / DD / YYYY

**Patrick Keery**
Printed name

**Fennemore Craig, P.C.**
Firm name

**2394 East Camelback Road**
**Suite 600**
**Phoenix, AZ 85016**
Number, Street, City, State & ZIP Code

Contact phone **6029165365** Email address **pkeery@fennemorelaw.com**

**030971 AZ**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **Team Screen Solutions, LLC**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) ______

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ______
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ______

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 2, 2026**

*X* **/s/ John Grammer**
Signature of individual signing on behalf of debtor

**John Grammer**
Printed name

**Authorized Person**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Team Screen Solutions, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF ARIZONA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Arizona Department of Revenue<br>Office of the AZ Attorney General - BCE<br>2005 N. Central Ave., Suite 100<br>Phoenix, AZ 85004 | | Taxes | Unliquidated | | | $2,048.00 |
| B Starr Wolfe<br>2141 Robert Browning Street<br>Austin, TX 78723 | | Note Payable-Seller financing for acquisition of Debtor's assets | Contingent<br>Disputed<br>Subject to Setoff | | | $350,998.98 |
| Eagle Eye Screening Solutions, Inc.<br>2621 Green River Road, Suite 105<br>Corona, CA 92882 | | Vendor | | | | $3,394.70 |
| Funding Metrics, LLC dba Lendini<br>3220 Tillman Drive, Ste. 200<br>Bensalem, PA 19020 | | Loan/Merchant Cash Advance | Contingent | | | $45,882.66 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | | Unliquidated | | | $12,938.00 |
| Laboratory Corp. of America Holdings<br>Attn: Client Billing<br>PO Box 2250<br>Burlington, NC 27216-2250 | | Vendor | | | | $578.60 |

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **PayPal Working Capital<br>Attn: Executive Escalation<br>PO Box 45950<br>Omaha, NE 68145-0950** | | **Working Capital Loan** | **Contingent** | | | **$7,999.03** |
| **Polston Tax Resolution & Accounting<br>3550 W. Robinson Street, Ste. 201<br>Norman, OK 73072** | | **Vendor** | | | | **$647.00** |
| **Stephen P. Wolfe<br>8187 E. Del Cuarzo Drive<br>Tempe, AZ 85285** | | **Note Payable-Seller financing for acquisition of Debtor's assets.** | **Contingent<br>Disputed<br>Subject to Setoff** | | | **$231,281.11** |
| **Stephen P. Wolfe<br>8187 E. Del Cuarzo Drive<br>Tempe, AZ 85285** | | **Short Term Loan-Seller financing for acquisition of Debtor's assets.** | | | | **$60,041.87** |
| **Stephen P. Wolfe<br>8187 E. Del Cuarzo Drive<br>Tempe, AZ 85285** | | **Line of Credit-Seller financing for acquisition of Debtor's assets.** | | | | **$31,965.02** |
| **Trans Union, LLC<br>PO Box 99506<br>Chicago, IL 60693** | | **Background screening/data services** | | | | **$7,047.86** |
| **TSS Holdings<br>Attn: Graham Anthony<br>2502 Waterville Dr.<br>Champaign, IL 61822** | | **Note Payable/Seller financing for acquisition of Debtor's assets** | **Contingent<br>Disputed<br>Subject to Setoff** | | | **$38,560.84** |

**Fill in this information to identify the case:**

Debtor name **Team Screen Solutions, LLC**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) ______________

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*... | $ | **0.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*... | $ | **14,139.50** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*... | $ | **14,139.50** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*... | $ | **0.00** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| **3a. Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*... | $ | **14,986.00** |
| **3b. Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*... | +$ | **778,397.67** |
| 4. **Total liabilities** ... Lines 2 + 3a + 3b | $ | **793,383.67** |

**Fill in this information to identify the case:**

Debtor name **Team Screen Solutions, LLC**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) ______

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Mercury - Choice Financial Group** | **Checking** | **9338** | **$187.30** |
| 3.2. | **Relay** | **Savings** | **9386** | **$0.00** |
| 3.3. | **Relay** | **Checking** | **9385** | **$46.18** |
| 3.4. | **PayPal Merchant Account** | | | **$0.46** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$233.94**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.

☐ Yes Fill in the information below.

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **8,905.56** | - | **0.00** | = .... | **$8,905.56** |

12. **Total of Part 3.** **$8,905.56**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| | **Intellectual Property** | **$0.00** | | **$5,000.00** |
| 65. | **Goodwill** | | | |

66. **Total of Part 10.** **$5,000.00**
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| | **Hartford Insurance - Business Owner Insurance Coverage**<br>**Covered through 1/7/2027**<br>**No cash value** | **$0.00** |

**Hiscox, Inc. - Professional Liability Insurance Coverage**
**Covered through 9/17/2027**
**No cash value** **$0.00**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Potential claims against former owners/sellers of TeamScreen Solutions arising from December 2024 acquisition, including contractual indemnification, breach of representations/covenants, setoff and/or recoupment rights under Acquisition Agreement.** **Unknown**
**Nature of claim**
**Amount requested** **$0.00**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.** **$0.00**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 12: Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$233.94** | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$8,905.56** | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$0.00** | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | | |
| 88. | **Real property.** *Copy line 56, Part 9*..........................................................................................> | | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$5,000.00** | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$14,139.50** | **+** 91b. | **$0.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | | **$14,139.50** |

**Fill in this information to identify the case:**

Debtor name **Team Screen Solutions, LLC**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) ______________________

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name **Team Screen Solutions, LLC**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) ______________

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1 Priority creditor's name and mailing address<br>**Arizona Department of Revenue<br>Office of the AZ Attorney General - BCE<br>2005 N. Central Ave., Suite 100<br>Phoenix, AZ 85004**<br>Date or dates debt was incurred<br>**2025**<br>Last 4 digits of account number **2787**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim:<br>**Taxes**<br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$2,048.00** | **$0.00** |
| 2.2 Priority creditor's name and mailing address<br>**Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346**<br>Date or dates debt was incurred<br>**2025**<br>Last 4 digits of account number **2787**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim:<br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$12,938.00** | **$0.00** |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
**B Starr Wolfe**
**2141 Robert Browning Street**
**Austin, TX 78723**
**Date(s) debt was incurred** 12/17/2024
**Last 4 digits of account number** None

**As of the petition filing date, the claim is:** *Check all that apply.* **$350,998.98**
■ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** Note Payable-Seller financing for acquisition of Debtor's assets
Is the claim subject to offset? ☐ No ■ Yes

**3.2** **Nonpriority creditor's name and mailing address**
**Eagle Eye Screening Solutions, Inc.**
**2621 Green River Road, Suite 105**
**Corona, CA 92882**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,394.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
**Funding Metrics, LLC dba Lendini**
**3220 Tillman Drive, Ste. 200**
**Bensalem, PA 19020**
**Date(s) debt was incurred** 9/2/2026
**Last 4 digits of account number** None

**As of the petition filing date, the claim is:** *Check all that apply.* **$45,882.66**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Loan/Merchant Cash Advance
Is the claim subject to offset? ■ No ☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
**Laboratory Corp. of America Holdings**
**Attn: Client Billing**
**PO Box 2250**
**Burlington, NC 27216-2250**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$578.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
**PayPal Working Capital**
**Attn: Executive Escalation**
**PO Box 45950**
**Omaha, NE 68145-0950**
**Date(s) debt was incurred** 5/6/2026
**Last 4 digits of account number** None

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,999.03**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Working Capital Loan
Is the claim subject to offset? ■ No ☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
**Polston Tax Resolution & Accounting**
**3550 W. Robinson Street, Ste. 201**
**Norman, OK 73072**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$647.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

**3.7** **Nonpriority creditor's name and mailing address**
**Stephen P. Wolfe**
**8187 E. Del Cuarzo Drive**
**Tempe, AZ 85285**
**Date(s) debt was incurred** 12/17/2024
**Last 4 digits of account number** None

**As of the petition filing date, the claim is:** *Check all that apply.* **$231,281.11**
■ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** Note Payable-Seller financing for acquisition of Debtor's assets.
Is the claim subject to offset? ☐ No ■ Yes

**3.8 Nonpriority creditor's name and mailing address**
**Stephen P. Wolfe**
**8187 E. Del Cuarzo Drive**
**Tempe, AZ 85285**
**Date(s) debt was incurred** 12/17/2024
**Last 4 digits of account number** None

**As of the petition filing date, the claim is:** *Check all that apply.* **$31,965.02**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Line of Credit-Seller financing for acquisition of Debtor's assets.
Is the claim subject to offset? ■ No ☐ Yes

**3.9 Nonpriority creditor's name and mailing address**
**Stephen P. Wolfe**
**8187 E. Del Cuarzo Drive**
**Tempe, AZ 85285**
**Date(s) debt was incurred** 12/17/2024
**Last 4 digits of account number** None

**As of the petition filing date, the claim is:** *Check all that apply.* **$60,041.87**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Short Term Loan-Seller financing for acquisition of Debtor's assets.
Is the claim subject to offset? ■ No ☐ Yes

**3.10 Nonpriority creditor's name and mailing address**
**Trans Union, LLC**
**PO Box 99506**
**Chicago, IL 60693**
**Date(s) debt was incurred** 1/1/2025
**Last 4 digits of account number** 8353

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,047.86**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Background screening/data services
Is the claim subject to offset? ■ No ☐ Yes

**3.11 Nonpriority creditor's name and mailing address**
**TSS Holdings**
**Attn: Graham Anthony**
**2502 Waterville Dr.**
**Champaign, IL 61822**
**Date(s) debt was incurred** 12/17/2024
**Last 4 digits of account number** None

**As of the petition filing date, the claim is:** *Check all that apply.* **$38,560.84**
■ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** Note Payable/Seller financing for acquisition of Debtor's assets
Is the claim subject to offset? ☐ No ■ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Ruffner Herron, PLLC**<br>**Attn: Eleanor Ruffner**<br>**508 West 12th St.**<br>**Austin, TX 78746** | Line 3.1<br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 14,986.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 778,397.67 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 793,383.67 |

**Fill in this information to identify the case:**

Debtor name **Team Screen Solutions, LLC**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Data and verification services** | |
| | State the term remaining | **Ongoing service agreement** | **Appriss Insights, LLC/Equifax<br>11432 Lackland Road<br>Saint Louis, MO 63146** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Telephone/communications services** | |
| | State the term remaining | **Ongoing service agreement** | **Avid Communications/ALLO Business<br>PO Box 414800<br>Kansas City, MO 64141** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Management services agreement with Debtor** | |
| | State the term remaining | **Perpetual** | **Grammer National Holdings, LLC<br>1309 Coffeen Ave., Suite 1200<br>Sheridan, WY 82801** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Cloud hosting/infrastructure subscription** | |
| | State the term remaining | **Ongoing service agreement** | **Microsoft Azure<br>Microsoft Corporation<br>One Mircrosoft Way<br>Redmond, WA 98052** |
| | List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Education verification subscription** | |
| | State the term remaining | **Ongoing service agreement** | **National Student Clearinghouse<br>2300 Dulles Station Blvd., Ste. 220<br>Herndon, VA 20171-3280** |
| | List the contract number of any government contract | | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Merchant processing/payment services** | |
| | State the term remaining | **Ongoing service agreement** | **PayPal, Inc.<br>2211 North First Street<br>San Jose, CA 95131** |
| | List the contract number of any government contract | | |

| Fill in this information to identify the case: |
|---|
| Debtor name: **Team Screen Solutions, LLC** |
| United States Bankruptcy Court for the: DISTRICT OF ARIZONA |
| Case number (if known): |

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **John Grammer** | **15600 N. Frank Lloyd Wright Blvd.<br>Scottsdale, AZ 85260** | **B Starr Wolfe** | ☐ D<br>■ E/F **3.1**<br>☐ G |
| 2.2 | **John Grammer** | **15600 N. Frank Lloyd Wright Blvd.<br>Scottsdale, AZ 85260** | **Stephen P. Wolfe** | ☐ D<br>■ E/F **3.7**<br>☐ G |
| 2.3 | **John Grammer** | **15600 N. Frank Lloyd Wright Blvd.<br>Scottsdale, AZ 85260** | **Stephen P. Wolfe** | ☐ D<br>■ E/F **3.8**<br>☐ G |
| 2.4 | **John Grammer** | **15600 N. Frank Lloyd Wright Blvd.<br>Scottsdale, AZ 85260** | **Stephen P. Wolfe** | ☐ D<br>■ E/F **3.9**<br>☐ G |
| 2.5 | **John Grammer** | **15600 N. Frank Lloyd Wright Blvd.<br>Scottsdale, AZ 85260** | **TSS Holdings** | ☐ D<br>■ E/F **3.11**<br>☐ G |

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **John Grammer** | **15600 N. Frank Lloyd Wright Blvd.**<br>**Scottsdale, AZ 85260** | **Funding Metrics, LLC**<br>**dba Lendini** | ☐ D<br>■ E/F **3.3**<br>☐ G |

**Fill in this information to identify the case:**

Debtor name **Team Screen Solutions, LLC**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) ______

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2026** to **Filing Date** | ■ Operating a business<br>☐ Other | **$235,013.18** |
| **For prior year:**<br>From **1/01/2025** to **12/31/2025** | ■ Operating a business<br>☐ Other | **$364,964.96** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **B Starr Wolfe**<br>**2141 Robert Browning St.**<br>**Austin, TX 78723** | **6/30/2026 - $4,254.19**<br>**7/31/2026 - $4,254.19**<br>**8/3/26 - $200** | **$8,708.38** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.2. **PayPal Working Capital<br>Attn: Executive Escalation<br>PO Box 45950<br>Omaha, NE 68145-0950** | **Various** | **$13,542.80** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **John Grammer/Grammer National Holdings<br>15600 N. Frank Lloyd Wright Blvd.<br>Scottsdale, AZ 85260<br>80% Owner/Manager** | **Various** | **$111,707.90** | **Salary** |
| 4.2. **Stephen P. Wolfe<br>8187 E. Del Cuarzo Drive<br>Tempe, AZ 85285<br>20% Owner** | **Various** | **$8,619.17** | **Loan Repayments** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Robinson v. Team Screen Solutions, LLC<br>2:2026cv11401** | **Civil** | **Michigan Eastern District Court<br>526 Water St.<br>Port Huron, MI 48060** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Fennemore Craig, P.C.<br>Patrick F. Keery<br>2394 E. Camelback Rd., Suite 600<br>Phoenix, AZ 85016** | | **9/24/2026** | **$20,000.00** |

**Email or website address**

**Who made the payment, if not debtor?**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Guidant Law**<br>**Lamar Hawkins**<br>**4320 E. Presidio St., Ste. 101**<br>**Mesa, AZ 85215** | | **7/24/2026** | **$350.00** |

**Email or website address**

**Who made the payment, if not debtor?**

| | | | | |
|---|---|---|---|---|
| 11.3. | **Keery McCue, PLLC**<br>**6803 E. Main Street, Ste. 1116**<br>**Scottsdale, AZ 85251** | | **8/26/2026** | **$300.00** |

**Email or website address**

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Records for client's employees and job candidates to run back ground checks. Data is secured with encryption protocols.**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **MidFirst Bank**<br>**501 NW Grand Blvd.**<br>**Oklahoma City, OK 73118** | **XXXX-1145** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **3/2026** | **$0.00** |
| 18.2. | **MidFirst Bank**<br>**501 NW Grand Blvd.**<br>**Oklahoma City, OK 73118** | **XXXX-9579** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **3/2026** | **$0.00** |
| 18.3. | **MidFirst Bank**<br>**501 NW Grand Blvd.**<br>**Oklahoma City, OK 73118** | **XXXX-2856** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **3//2026** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this

case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12: Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Thresher Accounting Service**<br>**4932 S. Peoria Ave.**<br>**Tulsa, OK 74105** | **3/3/2025 to 6/2025** |
| 26a.2. | **Clean Accounting dba CleanBooks**<br>**2009 S. Memorial Dr.**<br>**Appleton, WI 54911** | **6/2025 to 8/2025** |
| 26a.3. | **Plainsight Accounting, LLC**<br>**2013 W. Roselawn Dr.**<br>**Appleton, WI 54914** | **8/2025 to current** |
| 26a.4. | **Polston Tax**<br>**3550 W. Robinson Street, Ste. 201**<br>**Norman, OK 73072** | **7/2026 to current - Tax Prep Only** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Plainsight Accounting, LLC**<br>**2013 W. Roselawn Dr.**<br>**Appleton, WI 54914** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Grammer National Holdings, LLC** | **15600 N. Frank Lloyd Wright Blvd. Scottsdale, AZ 85260** | **Managing Member** | **80%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Stephen P. Wolfe** | **8187 E. Del Cuarzo Drive Tempe, AZ 85285** | **Member** | **20%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **John Grammer<br>15600 N. Frank Lloyd Wright Blvd.<br>Scottsdale, AZ 85260** | **$111,707.9** | **Various** | **Salary/Reasonable Compensation** |
| | Relationship to debtor<br>**Owner/Manager** | | | |
| 30.2. | **Steve Wolfe<br>8187 E. Del Cuarzo Drive<br>Tempe, AZ 85285** | **$8,619.17** | **Various** | **Payments towards Loan and Line of Credit** |
| | Relationship to debtor<br>**Previous Owner** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 2, 2026**

**/s/ John Grammer**
Signature of individual signing on behalf of the debtor

**John Grammer**
Printed name

Position or relationship to debtor **Authorized Person**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

# United States Bankruptcy Court
## District of Arizona

In re **Team Screen Solutions, LLC** Debtor(s)

Case No. 
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **20,000.00** |
| Prior to the filing of this statement I have received | $ | **20,000.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

■ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is:

■ Debtor ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e. [List other services that counsel has agreed to provide]
.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 2, 2026**
*Date*

**/s/ Patrick Keery**
**Patrick Keery**
*Signature of Attorney*
**Fennemore Craig, P.C.**
**2394 East Camelback Road**
**Suite 600**
**Phoenix, AZ 85016**
**6029165365**
**pkeery@fennemorelaw.com**
*Name of law firm*

# United States Bankruptcy Court
## District of Arizona

| | | | |
|---|---|---|---|
| In re | **Team Screen Solutions, LLC** | Case No. | |
| | Debtor(s) | Chapter | **11** |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Grammer National Holdings, LLC**<br>**15600 N. Frank Lloyd Wright Blvd.**<br>**Scottsdale, AZ 85260** | | | |
| **Stephen P. Wolfe**<br>**8187 E. Del Cuarzo Drive**<br>**Tempe, AZ 85285** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Authorized Person** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **November 2, 2026**

Signature **/s/ John Grammer**
**John Grammer**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Arizona

In re **Team Screen Solutions, LLC**
Debtor(s)

Case No.
Chapter **11**

☐ Check if this is an Amended/Supplemental Mailing List (Include only newly added or changed creditors.)

# MAILING LIST DECLARATION

I, the Authorized Person of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of **2** sheet(s), is complete, correct and consistent with the debtor(s)' Schedules.

Date: **November 2, 2026**

**/s/ John Grammer**
**John Grammer**/**Authorized Person**
Signer/Title

Date: **November 2, 2026**

**/s/ Patrick Keery**
Signature of Attorney
**Patrick Keery**
**Fennemore Craig, P.C.**
**2394 East Camelback Road**
**Suite 600**
**Phoenix, AZ 85016**
**6029165365**

APPRISS INSIGHTS, LLC/EQUIFAX
11432 LACKLAND ROAD
SAINT LOUIS MO 63146

ARIZONA DEPARTMENT OF REVENUE
OFFICE OF THE AZ ATTORNEY GENERAL - BCE
2005 N. CENTRAL AVE., SUITE 100
PHOENIX AZ 85004

AVID COMMUNICATIONS/ALLO BUSINESS
PO BOX 414800
KANSAS CITY MO 64141

B STARR WOLFE
2141 ROBERT BROWNING STREET
AUSTIN TX 78723

EAGLE EYE SCREENING SOLUTIONS, INC.
2621 GREEN RIVER ROAD, SUITE 105
CORONA CA 92882

FUNDING METRICS, LLC DBA LENDINI
3220 TILLMAN DRIVE, STE. 200
BENSALEM PA 19020

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

LABORATORY CORP. OF AMERICA HOLDINGS
ATTN: CLIENT BILLING
PO BOX 2250
BURLINGTON NC 27216-2250

MICROSOFT AZURE
MICROSOFT CORPORATION
ONE MIRCROSOFT WAY
REDMOND WA 98052

NATIONAL STUDENT CLEARINGHOUSE
2300 DULLES STATION BLVD., STE. 220
HERNDON VA 20171-3280

PAYPAL WORKING CAPITAL
ATTN: EXECUTIVE ESCALATION
PO BOX 45950
OMAHA NE 68145-0950

PAYPAL, INC.
2211 NORTH FIRST STREET
SAN JOSE CA 95131

POLSTON TAX RESOLUTION & ACCOUNTING
3550 W. ROBINSON STREET, STE. 201
NORMAN OK 73072

RUFFNER HERRON, PLLC
ATTN: ELEANOR RUFFNER
508 WEST 12TH ST.
AUSTIN TX 78746

STEPHEN P. WOLFE
8187 E. DEL CUARZO DRIVE
TEMPE AZ 85285

TRANS UNION, LLC
PO BOX 99506
CHICAGO IL 60693

TSS HOLDINGS
ATTN: GRAHAM ANTHONY
2502 WATERVILLE DR.
CHAMPAIGN IL 61822

# United States Bankruptcy Court
## District of Arizona

In re **Team Screen Solutions, LLC** Debtor(s) | Case No. | Chapter **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Team Screen Solutions, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 2, 2026**
Date

**/s/ Patrick Keery**
**Patrick Keery**
Signature of Attorney or Litigant
Counsel for **Team Screen Solutions, LLC**

**Fennemore Craig, P.C.**
**2394 East Camelback Road**
**Suite 600**
**Phoenix, AZ 85016**
**6029165365**
**pkeery@fennemorelaw.com**